## Short, et al. v. Commonwealth.

(Decided September 18, 1913).

## Appeal from Knott Circuit Court.

Venue—Limitation—Local Option.—To sustain a conviction for selling liquor in violation of law there should be some evidence that the offense was committed in the county in which the indictment was found and within one year before the finding of the indictment.

STEWART & BAILEY for appellants.

JAMES GARNETT, Attorney General, OVERTON S. HOGAN, Assistant Attorney General for appellee.

OPINION OF THE COURT BY JUDGE CARROLL—Reversing.

There is no evidence even tending to show that the offense charged of selling liquor in Knott County was committed in that county or that it was committed within one year next before the finding of the indictment, and so the motion for a new trial should have been granted and a new trial ordered.

Judgment reversed.